THE STATE OF TEXAS )      M-16-1330-M      JUL 1 4 2016
)
COUNTY OF Hidalgo )

Clerk of Court

Before me, the undersigned authority, on this day personally appeared __Jon Chan__ known to be the person whose name is subscribed hereto, and being by me first duly sworn, upon oath deposes and says: "I am a **Senior Patrol Agent** stationed at **Edinburg, Texas** and I investigated the case of the United States of America versus

| | | | |
|---|---|---|---|
| David Vasquez Jr. | 1994 | United States | A209 234 728 |

and from my investigation, it appears that:

| | | | |
|---|---|---|---|
| Abel Monges-Valdivia | 1977 | Nicaragua | A208 157 269 |
| Mirna Estela Ordonez-Hernandez | 1988 | El Salvador | A209 234 675 |

citizens and nationals of **Nicaragua and El Salvador** are material witnesses in said cause that it may be impractical to secure their presence by subpoena and for that reason they should be held as material witnesses."

FURTHER AFFIANT SAYETH NOT.

Jon Chan
Senior Patrol Agent

SUBSCRIBED AND SWORN TO BEFORE ME on this     July 14, 2016

Dorina Ramos
U.S. Magistrate Judge